IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | : : : | CIVIL ACTION<br><br>NO. 16-5813 |
| v. | : : | |
| PHILIP G. CLARK<br>*Defendant* | : : | |

**FILED**

JAN 2 0 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

## N O T I C E

**AND NOW**, this 20th day of January 2017, a review of the docket reveals that at least 60 days have passed since Plaintiff filed the complaint, yet has not served the summons and complaint upon Defendant. Therefore, notice is hereby given that Plaintiff shall effectuate service of the summons and complaint by February 9, 2017, pursuant to Federal Rule of Civil Procedure 4(m).

Plaintiff is further advised that failure to comply with Rule 4(m), without good cause shown, will result in this action being dismissed against Defendant.

**CAREY DORIS WIDMAN**
**Civil Deputy to the Hon. Nitza I. Quiñones Alejandro**