IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | CIVIL ACTION |
| | NO. 16-5813 |
| v. | |
| PHILIP G. CLARK<br>*Defendant* | |

# ORDER

**AND NOW**, this 7th day of February 2017, upon consideration of Plaintiff's *motion for service by posting property and certified mail*, [ECF 3], it is hereby **ORDERED** that the motion is **GRANTED**. In accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 430 of the Pennsylvania Rules of Civil Procedure, Plaintiff shall effectuate service upon Defendant Philip G. Clark ("Defendant") by: (1) posting a copy of the Summons and Complaint in Enforced Collection on Defendant's last two known addresses of 5900 Cobbs Creek Parkway, Philadelphia, PA, 19143, and 6215 Larchwood Avenue, Philadelphia, PA, 19143; (2) by sending a copy of the Summons and Complaint by first class and certified mail to each of the two aforementioned addresses; and (3) by publishing a notice of this action in the *Legal Intelligencer* and one newspaper of general circulation in Philadelphia County, within ten (10) days of the date of this Order.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*