# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

PHILIP G. CLARK, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 16-5813

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served PHILIP G. CLARK the above process on the 8 day of February, 2017, at 11:02 o'clock, A M, at 6215 Larchwood Ave Philadelphia,, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ )
                          ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158212
Case ID #:4810925

Subscribed and sworn to before me
this _9_ day of _Feb_, 20 _17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

PHILIP G. CLARK, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 16-5813

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served PHILIP G. CLARK the above process on the 8 day of February, 2017, at 11:10 o'clock, AM, at 5900 COBBS CREEK PARKWAY PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )
                            ) SS:
County of _Berks_           )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158212
Case ID #:4810925

Subscribed and sworn to before me
this _9_ day of _Jul_, 20 _17_

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

| USPS Manifest Mailing System | PCO | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | **Permit Number**<br>123 | | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | | |
| | **Sequence Number**<br>5836-1 | | | | **Class of Mail**<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703801848030<br>9171999991703801848030 | CLARK, PHILIP G.<br>6215 Larchwood Avenue<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801848047<br>9171999991703801848047 | CLARK, PHILIP G.<br>5900 Cobbs Creek Parkway<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 1.85<br>1.85 | 9.70<br>9.70 | | | 11.55<br>11.55 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR   Return Receipt

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 FEB 10 2017
$ 002.70°

USPS CONTINENTAL STATION
FEB 10 2017
PHILA, PA 19106

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | To PHILIP CLARK, CLARK, PHILIP G., 5900 Cobbs Creek Parkway, Philadelphia, PA 19143 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | To PHILIP CLARK, CLARK, PHILIP G., 6215 Larchwood Avenue, Philadelphia, PA 19143 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 2
Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)

USA-158212    Philadelphia County    Sale Date:

PHILIP G. CLARK

# PROOF OF PUBLICATION OF NOTICE IN THE LEGAL INTELLIGENCER

Under Act of May 16, 1929, P.L. 1784, as amended

COMMONWEALTH OF PENNSYLVANIA, } ss.:
COUNTY OF PHILADELPHIA

BRIAN R. HARRIS, being duly sworn, deposes and says that The Legal Intelligencer is a daily newspaper published at One Penn Center at Suburban Station, 1617 John F. Kennedy, Philadelphia, Pennsylvania 19103, and was established in said city in 1843, since which date said legal newspaper has been regularly issued in said county, that it has been issued daily since September 4, 1933, and that it was entered at the Philadelphia Post Office under the Postal Laws and Regulations as second class matter in the United States mails on July 19, 1879; that The Legal Intelligencer is a daily legal newspaper complying in all respects with the Newspaper Advertising Act of May 16, 1929, P.L. 1784, its amendments and supplements; and that a copy of the printed notice or publication is attached hereto exactly as the same was printed or published in the regular editions and issues of the said legal newspaper on the following dates, viz.: _____

February 9, A.D. 2017

Affiant further deposes and says that he is an employee of the publisher of said legal newspaper and has been authorized to verify the foregoing statement and that he is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Sworn to and subscribed before me this 9th day of February, 2017

_Diane Elizabeth DeAngelo_
Notary Public

Philadelphia, Philadelphia County

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELIZABETH DeANGELO, Notary Public
of Philadelphia, Phila. County
Commission Expires October 5, 2019

OFFICE:
One Penn Center at Suburban Station
17th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

---

**Copy of Notice or Publication**

**COMPLAINTS**

**United States District Court
For The Eastern District of Pennsylvania
Civil Action – Law
No. 16-05813
Notice of Action in Enforced Collections**

United States of America, Plaintiff vs. Philip G. Clark, Defendant
To: Philip G. Clark, Defendant whose last known address is 5900 Cobbs Creek Parkway, Philadelphia, PA 19143. This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff, United States of America, has filed a Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05813. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. **Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333.** Rebecca A. Solarz, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.____322.

2-9-1

# CITY & STATE
**PA**

City and State PA, LLC
325 Chestnut St. Suite 111
Philadelphia, PA 19106
State of Pennsylvania, County of Ph[ila]

I, __Allison Murphy__, being duly sworn and say, I am the ___

__City and State PA, LLC__ published in __Philadelphia,__ printed copy of which is attached hereto, was printed and publishe[d in] newspaper on the following date(s): __2/9/17__.

_[signature]_

Allison Murphy, Finance and Office Manager for City and State PA, [LLC]

Hereby subscribed and sworn to before me on this __9__ day of __February__, 20__17__.

_[signature] Deborah Sinni_

Notary Public

MY COMMISSION EXPIRES ON __5/31/17__

---

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
DEBORAH SINNI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 31, 2017

---

United States District Court
For The Eastern District of Pennsylvania
Civil Action - Law
No. 16-05813
Notice of Action in Enforced Collections
United States of America, Plaintiff vs. Philip G. Clark, Defendant

To: Philip G. Clark, Defendant whose last known address is 5900 Cobbs Creek Parkway, Philadelphia, PA 19143. This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff, United States of America, has filed a Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05813. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333. Rebecca A. Solarz, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.

# PROOF OF PUBLICATION OF NOTICE IN THE LEGAL INTELLIGENCER

Under Act of May 16, 1929, P.L. 1784, as amended

COMMONWEALTH OF PENNSYLVANIA, } ss.:
COUNTY OF PHILADELPHIA }

BRIAN R. HARRIS, being duly sworn, deposes and says that The Legal Intelligencer is a daily newspaper published at One Penn Center at Suburban Station, 1617 John F. Kennedy, Philadelphia, Pennsylvania 19103, and was established in said city in 1843, since which date said legal newspaper has been regularly issued in said county, that it has been issued daily since September 4, 1933, and that it was entered at the Philadelphia Post Office under the Postal Laws and Regulations as second class matter in the United States mails on July 19, 1879; that The Legal Intelligencer is a daily legal newspaper complying in all respects with the Newspaper Advertising Act of May 16, 1929, P.L. 1784, its amendments and supplements; and that a copy of the printed notice or publication is attached hereto exactly as the same was printed or published in the regular editions and issues of the said legal newspaper on the following dates, viz.: 

February 9, A.D. 2017

Affiant further deposes and says that he is an employee of the publisher of said legal newspaper and has been authorized to verify the foregoing statement and that he is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Sworn to and subscribed before me this 9th day of February, 2017

_Notary Public_

Philadelphia, Philadelphia County

**Copy of Notice or Publication**

## COMPLAINTS

**United States District Court
For The Eastern District of Pennsylvania
Civil Action - Law
No. 16-05813
Notice of Action in Enforced Collections**

United States of America, Plaintiff vs. Philip G. Clark, Defendant
**To: Philip G. Clark, Defendant whose last known address is 5900 Cobbs Creek Parkway, Philadelphia, PA 19143.** This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff, United States of America, has filed a Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05813. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. **Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333.** Rebecca A. Solarz, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.

2-9-1

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELIZABETH DeANGELO, Notary Public
of Philadelphia, Phila. County
Commission Expires October 5, 2019

OFFICE:
One Penn Center at Suburban Station
17th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103